Donald Gene **PHILLIPS,**
**Plaintiff—Appellant,**

v.

State of **CALIFORNIA; et al.,**
**Defendants—Appellees.**

No. 01–56441.

D.C. No. CV–01–01968–LGB.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

## MEMORANDUM **

California state prisoner Donald Gene Phillips appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that defendants violated his First Amendment rights by forcing him to participate in a residential Christian Ministry Program. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and affirm.

The district court properly dismissed Phillips' action as time-barred because he

---

* The panel unanimously finds this case suitable for decision without oral argument, and de-

nies Phillips' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

filed his complaint more than one year after his cause of action had accrued. *See Torres v. City of Santa Ana,* 108 F.3d 224, 226 (9th Cir.1997) (applying California's personal injury one-year statute of limitation and tolling provisions to section 1983 claim). The district court properly determined that Phillips was not entitled to tolling pursuant to California Code of Civil Procedure § 352.1 because he was not incarcerated at the time his cause of action accrued. *See* Cal. Civ. P.Code § 352.1(a) (2001); *Boag v. Chief of Police,* 669 F.2d 587, 589 (9th Cir.1982) (per curiam) (explaining that disability of imprisonment includes only actual incarceration or physical custody).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Circuit Rule 36–3.